## Charles J. Shemaitis, Appellant, v. Louise Shemaitis, and Le Roy Froemke, Appellee.

Gen. Nos. 46,533, 46,641. 

First District, Third Division.

June 22, 1955.

Rehearing denied July 13, 1955.

Released for publication July 15, 1955.

George Yellen, for appellant; Charles F. Grimes, and John H. Meyer, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.